1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  IGOR LYUSTIN,                    )
                                     )
13              Plaintiff,           )   No. C 06-7341 BZ
                                     )
14         v.                        )
                                     )
15  Department of Homeland Security, )   **STIPULATION TO DISMISS AND**
    Michael Chertoff, Secretary; United States )   **[PROPOSED] ORDER**
16  Attorney General, Alberto Gonzales; )
    Federal Bureau of Investigation, Robert )
17  Mueller, Director; United States )
    Citizenship and Immigration Services, )
18  Emilio T. Gonzales, Director; United )
    States Citizenship and Immigration )
19  Services, Alfonso Aguilar, Chief of Office )
    of Citizenship; US Citizenship and )
20  Immigration Services, David Still, District )
    Director, San Francisco District, )
21                                   )
                Defendants.           )
22  _____ )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25  action without prejudice in light of the fact that the United States Citizenship and Immigration

26  Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

27  within 14 days of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C 06-7341 BZ

| | | |
|---|---|---|
| 1 | Dated: January 25, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: January 25, 2007

/s/
RUBY LIEBERMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   January 26, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

Stip. to Dismiss
C 06-7341 BZ                               2